UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEANARD E. HOWARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANET SCHNEIDER, et al., )<br>)<br>Defendants. ) | No. 4:08CV2002 DDN |

### ORDER OF DISMISSAL

On January 6, 2009, plaintiff moved for voluntary dismissal of the instant action. Because the action has not yet been served on defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court will grant plaintiff's motion and dismiss the action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for voluntary dismissal is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Dated this 7th Day of January, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE